IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **DIEGO ALVISO,** §<br>**#37232-180,** §<br> §<br>   **Movant,** §<br> §     **SA-25-CV-1743-FB**<br>**VS.** §     **SA-21-CR-352-FB-2**<br> §<br>**UNITED STATES OF AMERICA,** §<br> §<br>   **Respondent.** § | |

### ORDER

Before the Court is the Movant's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence ("§ 2255 Motion") (ECF No. 242). In accordance with Rule 4 and Rule 5(a) of the Rules Governing § 2255 Cases, the Court has determined that the § 2255 Motion requires a response from the Government.

Accordingly, the Court issues the following orders:

**IT IS ORDERED** that the Clerk of Court serve a copy of the Movant's § 2255 Motion (ECF No. 242) and this Order, on the Government *via* electronic means.

**IT IS ORDERED** that the Government file its response to the Movant's § 2255 Motion **within sixty (60) days** from the date of this Order. The response shall comply with the requirements of Rule 5(b)-(d) of the Rules Governing § 2255 Cases and shall include an affidavit from the Movant's trial counsel addressing the Movant's allegations and materials supporting his claims.

**IT IS ORDERED** that if the Movant wishes to reply to the Government's response, the Movant must file any reply **within twenty-one (21) days** after receipt of the Government's response.

**IT IS FURTHER ORDERED** that the Government shall include a transcript of the underlying proceedings, or portion of that transcript, if the transcript or portion thereof is relevant to the arguments made in the § 2255 Motion and has not otherwise been made part of the record.

Additionally, **IT IS ORDERED** that the Movant is required to notify the Clerk of this Court of any change in address. The Movant's failure to do so may result in the dismissal of the Movant's § 2255 Motion for failure to prosecute in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

It is so ORDERED.

SIGNED this 9th day of January, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE