UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DIEGO ALVIZO,

    Defendant.

Crim No. SA-18-CR-00275-FB
SA-21-CR-00352-FB
Civil No. SA-25-CV-01745-FB

## MOTION FOR EXTENSION OF TIME

The United States of America respectfully files this Motion for Extension of Time to Respond to Defendant's Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 242).

Defendant's motion was filed on December 8, 2025, and this Court ordered the Government to file a response by March 10, 2026. The Government recently received the transcripts from Defendant's plea and sentencing hearings, which are relevant to the issues raised in Defendant's motion. The Government requests that the Court extend the Government's response deadline to Friday April 10, 2026, so that the Government may adequately address the issues raised by Defendant in his motion. This motion for extension is made in the interest of justice, and not merely for delay.

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

/s/

_____

KARINA O'DANIEL
Assistant United States Attorney
Texas Bar No. 24083327
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

## CERTIFICATE OF SERVICE

I certify that on March 04, 2026, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, and that a true and correct copy has been mailed to the non-CM/ECF participant, pro-se movant:

Diego Alvizo
#37232-180
FMC Fort Worth
Federal Medical Center
P.O. Box 15330
Fort Worth, TX 76119

/s/
_____
KARINA O'DANIEL
Assistant United States Attorney
Texas Bar No. 24083227
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7085

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DIEGO ALVIZO,<br><br>    Defendant. | Crim No. SA-18-CR-00275-FB<br>           SA-21-CR-00352-FB<br>Civil No. SA-25-CV-01745-FB |

## ORDER

Upon consideration of the Government's Motion for Extension of Time, said motion is hereby **GRANTED.**

**IT IS ORDERED** that the Government file a response to Defendant's Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 242) on or before Friday March 10, 2026.

**IT IS SO ORDERED**.

SIGNED AND ENTERED on this the _____ day of _____, 2026.


_____
HONORABLE FRED BIERY
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF TEXAS