UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | §<br>§<br>§ | |
| vs. | § | No.: SA:21-CR-00352(2)-FB |
| (2) DIEGO ALVIZO<br>*Defendant* | §<br>§ | |

**ORDER SETTING STATUS CONFERENCE (ATTORNEYS ONLY)**

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for **10:30 AM, in Courtroom E**, **on the 3rd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX** on **Tuesday, December 01, 2026.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to Defendant, counsel for Defendant, and the United States Attorney. Further, counsel for Defendant shall notify the defendant of this setting.

**IT IS SO ORDERED** this **30th day of October, 2026.**

**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**