**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| *Plaintiff* | § | |
| | § | **CRIMINAL NO.** |
| **V.** | § | **SA:21-CR-00352(2)-FB** |
| | § | |
| **DIEGO ALVIZO (2)** | § | |
| *Defendant* | § | |

**UNOPPOSED DEFENDANT'S MOTION TO VIEW AND OBTAIN SEALED DOCUMENTS**

**TO THE HONORABLE UNITED STATES JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:**

COMES NOW, DIEGO ALVIZO, Defendant herein, by and through undersigned counsel, and respectfully moves this Honorable Court for leave to view and obtain sealed documents filed in the above styled and numbered cause. In support thereof, Defendant would respectfully show the Court the following:

Undersigned counsel has been appointed to represent Defendant Diego Alvizo in connection with post-conviction proceedings involving a potential Writ of Habeas Corpus. In fulfilling the duties of that appointment, counsel must conduct a thorough and independent review of the underlying criminal proceedings, including the records of conviction and sentencing, to identify and evaluate potential grounds for post-conviction relief. Such review requires access to relevant documents filed under seal that are not otherwise available to appointed counsel.

Specifically, undersigned counsel seeks leave to review and obtain sealed documents in Case No. 5:18-CR-00275-FB-6, including Docket Entries [#300 - Plea Agreement], [#303 – PSR], [#307 – SOR], [#315 - Sealed Transcript], and [#317 - Sealed Government Filing]; and in Case No. 5:21-CR-00352-FB-2, including Docket Entries [#234 - Plea Agreement], [#237- PSR], [#241 – SOR], [#247 - Sealed Transcript], and [#250 and #251 - Sealed Government Filings], together with any sentencing memorandum, PSR objections, or related sealed sentencing documents filed in either matter.

The requested documents are necessary for counsel to review Defendant's plea proceedings, sentencing, and any potential grounds for post-conviction relief. These records are currently sealed and unavailable to undersigned counsel through the Court's electronic filing system. Access to these materials is necessary for counsel to thoroughly review the proceedings, evaluate potential claims, and fulfill the responsibilities of the Court's appointment.

Counsel has conferred with AUSA Karina O'Daniel, who confirmed that the Government is unopposed to the Motion.

WHEREFORE, PREMISES CONSIDERED, Defendant, DIEGO ALVIZO, respectfully requests this Honorable Court to grant this Defendant's Motion to View and Obtain Sealed Documents, and for such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted,

Law Office of Kerrisa Chelkowski
1017 South Alamo
San Antonio, Texas 78210
(210) 228-9393 Office

(210) 226-7540 Fax
kerrisa@defendtexas.com

BY: ______________________________
KERRISA CHELKOWSKI
State Bar No. 24034373
Attorney for Defendant
DIEGO ALVIZO

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Unopposed Motion to View and Obtain Sealed Documents was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to the United States Attorney's Office.

SIGNED this 9th day of November 2026.

KERRISA CHELKOWSKI

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| *Plaintiff* | § | |
| | § | **CRIMINAL NO.** |
| **V.** | § | **SA:21-CR-00352(2)-FB** |
| | § | |
| **DIEGO ALVIZO (2)** | § | |
| *Defendant* | § | |

**ORDER**
**UNOPPOSED DEFENDANT'S MOTION TO VIEW AND OBTAIN SEALED DOCUMENTS**

Came on to be heard Appellant's, DIEGO ALVIZO, unopposed Motion to View and Obtain Sealed Documents. After considering the motion, the Court is of the opinion that such motion should be GRANTED.

Signed on this day of _______________ , 2026.

________________________________________
U.S. DISTRICT JUDGE